JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BANUELOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:20-cv-02173-JVS-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: July 27, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE