1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Paula Banuelos

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| PAULA BANUELOS, | CASE NO. CV 20-02173-SK |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND THIRTY DOLLARS and TWELVE CENTS ($7,030.12) and Court costs in the amount of ZERO DOLLARS ($0.00), subject to the terms of the Stipulation.

Dated: 9/9/2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE